# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:16-cr-00069-LJO-SKO |
| Plaintiff, | **ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE** |
| v. | **(ECF No. 802)** |
| **JAMES YORK,** *et al.* | |
| Defendants. | |

On May 10, 2019, Defendant Marvin Larry filed a *pro se* request related to the First Step Act, P.L. 115-391. ECF No. 802. To efficiently process petitions under the First Step Act, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **June 25, 2019** to file a motion related to Defendant's *pro se* request **or** notify the Court that it does not intend to file such a motion. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order.

IT IS SO ORDERED.

   Dated:   **May 15, 2019**             /s/ **Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE