HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
MARVIN LARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:16-cr-0069 LJO |
| Plaintiff, | **ORDER GRANTING UNOPPOSED REQUEST FOR STAY** |
| v. | |
| MARVIN LARRY, | |
| Defendant-Movant. | |

Good cause appearing, Defendant LARRY's unopposed request to stay the matter is granted. The matter is stayed until August 31, 2019. On or before August 31, 2019, Defendant shall either move to lift the stay and seek direct relief from this Court, move to extend the stay and provide good cause for doing so, or file any other appropriate motion.

IT IS SO ORDERED.

Dated: __July 16, 2019__              _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES CHIEF DISTRICT JUDGE