HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
MARVIN LARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:16-cr-0069 LJO |
| Plaintiff, | **ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| MARVIN LARRY, | |
| Defendant-Movant. | |

Defendant-Movant MARVIN LARRY has moved for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to time served based on his poor physical health and difficulty taking care of himself in prison as provided under U.S.S.G. § 1B1.13, commentary Application Note 1A. Docket entry nos. 802, 822. The government does not oppose this motion. Docket entry no. 829.

The Court finds that Mr. Larry's circumstances satisfy the "extraordinary and compelling reasons" standard under section 3582(c)(1)(A)(i), as elaborated by the Sentencing Commission in U.S.S.G. § 1B1.13. The Court finds that the

defendant is suffering from serious chronic medical conditions that substantially diminish his ability to provide self-care within the environment of a correctional facility and from which he is not expected to recover. This Court further finds that the defendant is not a danger to the safety of any other person or to the community and that a reduction of his sentence is consistent with the policy statement set forth under 18 U.S .C. § 3582(c)(l)(A).

IT IS ORDERED that Mr. Larry's motion for compassionate release is granted and that his term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence to time served, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

IT IS SO ORDERED.

Dated: **October 1, 2019**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE